UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-80881 |
| SERENITY HOMECARE, LLC, ET AL [1] | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

## MOTION TO SELL TRUCK

**NOW INTO COURT**, through the undersigned counsel, comes Central Louisiana Home Healthcare, LLC, as debtor and debtor-in-possession, who respectfully represents as follows:

1.

The statutory predicate for relief under this Motion is 11 U.S.C. § 363(f)(5).

2.

The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on August 22, 2017.

3.

Among the assets of the estate is a 2014 Chevrolet truck, VIN 3GCPCRECOEG232100, registered to Central Louisiana Home Healthcare, LLC and Thomas Cupples.

4.

Wells Fargo Dealer Services holds a lien on the vehicle for $17,822.01. *See* June Account Statement attached hereto as Exhibit "A." Moreover, the IRS has a general tax lien that may cover this asset.

---

[1] Antigua Investments, LLC, Case No. 17-80882; Central Louisiana Home Healthcare, LLC, Case No. 17-80883; Cupples Holdings, LLC, Case No. 17-80884; Hospice Care of Avoyelles Parish, LLC, Case No. 17-80885; Quality Home Health I, LLC, Case No. 17-80886; and Quality Home Health, Inc., Case No. 17-80887.

5.

The Debtor has obtained an offer to purchase the vehicle for $15,500.00 by Edgar Federico Narvaez, an individual with no connection to the Debtor's business or the estate.

6.

The proposed purchase price is substantially close to the pay-off amount owed by the Debtor to Wells Fargo, and a sale would reduce the indebtedness owed to the estate's creditors.

7.

The Debtor also requests authority to remit the proceeds to Wells Fargo Dealer Services.

8.

The Debtor would submit that this sale in the best interest of the estate and its creditors.

**WHEREFORE, THE DEBTOR PRAYS** that after due proceedings are had, that this Motion to Sell Property, a 2014 Chevrolet truck, VIN 3GCPCRECOEG232100, should be granted, that the liens of Wells Fargo Dealer Services and the United States of America, Internal Revenue Service, be referred to the proceeds, that the proceeds thereafter be distributed unto Wells Fargo Dealer Services, and for such other and further relief as is justified in the premises.

Alexandria, Louisiana, this 2nd day of October, 2017.

Respectfully submitted:

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: /s/Bradley L. Drell
Bradley L. Drell (Bar Roll #24387)
B. Gene Taylor, III (Bar Roll #33407)
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
e-mail: bdrell@goldweems.com
**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: SERENITY HOMECARE, LLC, ET AL.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-80881 |
| SERENITY HOMECARE, LLC, ET AL [1] | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

### CERTIFICATE OF SERVICE

This is to certify that the Motion to Sell was served on the following:

1. Office of the United States Trustee, 300 Fannin Street, 3196 Federal Building, Shreveport, Louisiana 71101;

2. Wells Fargo Dealer Services, P.O. Box 168048, Irving, TX 75016-8048;

3. IRS Centralized Insolvency Unit, Post Office Box 7346, Philadelphia, PA 19101-7346;

4. District Counsel, Internal Revenue Service, P.O. Box 30509, New Orleans LA 70190;

5. U. S. Attorneys Office, 300 Fannin Street, Suite 3201, Shreveport, LA 71101; and

6. The Honorable Loretta Lynch, United States Attorney General, Department of Justice 513 Robert F. Kennedy Building, Tenth Street and Constitution Avenue, Northwest, Washington, D.C. 20530,

by placing a copy of same in the United States Mail, postage prepaid.

Alexandria, Louisiana, this 2nd day of October, 2017.

                                              /s/Bradley L. Drell
                                              OF COUNSEL

---

[1] Antigua Investments, LLC, Case No. 17-80882; Central Louisiana Home Healthcare, LLC, Case No. 17-80883; Cupples Holdings, LLC, Case No. 17-80884; Hospice Care of Avoyelles Parish, LLC, Case No. 17-80885; Quality Home Health I, LLC, Case No. 17-80886; and Quality Home Health, Inc., Case No. 17-80887.